BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JODIE A. SCHWAB, State Bar No. 223131
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-1145
Fax: (916) 324-5205

Attorneys for Defendants Adams, Jennings, Cuevas and Burnias
SA2005102261

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,**<br>Plaintiff,<br>**v.**<br>**D. ADAMS, et al.,**<br>Defendants. | 1: 03 CV F -6069 OWW DLB P<br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that, from the date this order is served, Defendants have 30 days to file their response to Plaintiff's complaint.

IT IS SO ORDERED.

**Dated: May 13, 2005** **/s/ Dennis L. Beck**
3c0hj8 UNITED STATES MAGISTRATE JUDGE