1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KORY HUNZIKER,                          1: 03 CV-F-6069 OWW DLB P

12                     Plaintiff,            _____ORDER DISREGARDING MOTION
                                             TO EFFECT SERVICE AS MOOT
13                                           Doc. 18

14        vs.

15   D. ADAMS, et al.,

16                     Defendants.
     _____/

17

18        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action

19   pursuant to 42 U.S.C. § 1983.  On February 18, 2005, Plaintiff filed a Motion to Effect Service on

20   Defendants.  This Motion is HEREBY DENIED as moot as the Court ordered service on Defendants

     Adams, Yates Espinosa, Cuevas, Jennings, Cunningham and Burnias on March 9, 2005.

21        IT IS SO ORDERED.

22   **Dated:    May 13, 2005**            _____**/s/ Dennis L. Beck**_____
23   3b142a                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                          1