UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KORY HUNZIKER, | ) | 1:03-CV-6069 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #44) |
| | ) | |
| D. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2005, defendants filed a second request to extend time to file a responsive pleading to plaintiff's complaint . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file their response .

IT IS SO ORDERED.

**Dated:   July 14, 2005**              /s/ Dennis L. Beck
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE