IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER, | CASE NO. CV-F-03-6069 OWW DLB P |
| Plaintiff, | ORDER GRANTING MOTION FOR PROTECTIVE ORDER |
| vs. | Doc. 53 |
| D. ADAMS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2005, Defendants Adams, Cuevas, Espinosa and Yates filed a motion for a protective order relieving them of the obligation to respond to discovery pending the Court's ruling on their motion to dismiss

On June 6, 2005, Defendants waived service of the complaint and thereafter Defendants Adams, Cuevas, Espinosa and Yates filed a motion to dismiss. Defendants Burnias, Cunningham and Jennings concurrently filed an answer to the complaint. On July 27, 2005, Plaintiff served Requests for Production of Documents directed to all Defendants. On August 1, 2005, the Court issued a discovery and scheduling order opening discovery as to Defendants Burnias, Cunningham and Jennings. Accordingly, Defendants Adams, Cuevas, Espinosa and Yates seek an order relieving them of their obligation to respond to discovery pending the Court's ruling on their motion to dismiss.

1  Defendants' motion is GRANTED. Pending ruling on their motion to dismiss, Defendants
2  Adams, Cuevas, Espinosa and Yates are relieved of any obligation to respond to discovery. If the Court
3  denies the motion to dismiss, these Defendants will be ordered to answer the complaint and thereafter,
4  the Court will issue an order opening discovery as to these defendants. Discovery remains open as to
5  Defendants Burnias, Cunningham and Jennings.
6  IT IS SO ORDERED.
7  **Dated:   August 22, 2005**           **/s/ Dennis L. Beck**
   3b142a                                 UNITED STATES MAGISTRATE JUDGE