1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  JODIE A. SCHWAB (SBN 223131)
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-1145
8    Fax: (916) 324-5205

9  Attorneys for Defendants Adams,
   Burnias, Cuevas, Cunningham,
10 Espinosa, Jennings and Yates
   48149286-SA2005102261

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE EASTERN DISTRICT OF CALIFORNIA

14                              EASTERN DIVISION

15

16 | **KORY HUNZIKER,**            | CASE NO. CIV F-03-6069 OWW DLB P

17 |                    Plaintiff, | **ORDER GRANTING DEFENDANTS'**
                                    **FIRST REQUEST FOR AN EXTENSION**
18 |        v.                     | **OF TIME TO RESPOND TO PLAINTIFF'S**
                                    **DISCOVERY REQUESTS**
19 | **D. ADAMS, et al.,**          |

20 |                    Defendants.|

21

22      Defendants' Burnias, Cunningham, and Jennings first request for an extension of time

23 to serve their responses to Plaintiff Hunziker's discovery requests was considered by this Court,

24 and good cause appearing,

25 ///

26 ///

27 ///

28 ///

                                               1
             *Order Granting Defendants' First Request for an*
       *Extension of Time to Respond to Plaintiff's Discovery Requests*

1    **IT IS HEREBY ORDERED** that Defendants are granted 30 days, to and including
2    October 11, 2005, to serve their responses to Plaintiff Hunziker's discovery requests.
3
4         IT IS SO ORDERED.
5    **Dated:    September 12, 2005**              **/s/ Dennis L. Beck**
     3c0hj8                                    UNITED STATES MAGISTRATE JUDGE