IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,**<br><br>                                             Plaintiff,<br><br>         v.<br><br>**D. ADAMS, et al.,**<br><br>                                             Defendants. | CIV F-03-6069 OWW DLB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |

Defendants' second request for an extension of time to respond to Plaintiff's first set of interrogatories in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until December 1, 2005, to serve their responses.

IT IS SO ORDERED.

    Dated:   November 28, 2005                    **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE

Proposed Order

1