IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,**<br><br>Plaintiff,<br><br>v.<br><br>**D. ADAMS, et al.,**<br><br>Defendants. | CIV F-03-6069 OWW DLB P<br><br>**[Proposed] ORDER GRANTING DEFENDANT CUNNINGHAM'S REQUEST FOR AN EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

Defendants' request for an extension of time to serve Defendant Cunningham's response to Plaintiff's first set of interrogatories in this matter was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendant has until December 11, 2005, to serve his responses.

SA2005102261
03pc6060.eot.hunziker.dm.wpd

IT IS SO ORDERED.

**Dated:   December 5, 2005**           **/s/ Dennis L. Beck**
3c0hj8                                                          UNITED STATES MAGISTRATE JUDGE