IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>D. ADAMS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. CV-F-03-6069 OWW DLB P<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST FOR EXTENSION<br>OF TIME TO FILE<br>OPPOSITION TO MOTION<br>TO COMPEL<br>[DOC #67] |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants have requested an extension of time through December 31, 2005 to file an opposition to plaintiff's motion to compel further responses to request for production of documents filed on November 17, 2005.

　　　Good Cause appearing, defendants' request is GRANTED.  Defendants shall have up to and including December 31, 2005 in which to file an opposition to plaintiff's motion to compel.

　　　IT IS SO ORDERED.

　　**Dated:　December 15, 2005**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1