IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO: 1:03-cv-6069 OWW DLB P<br><br>**ORDER<br>GRANTING DEFENDANTS'<br>REQUEST FOR AN EXTENSION OF<br>TIME** |

Defendants' second request for an extension of time to respond to Plaintiff's first request for admissions in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until January 21, 2005, to serve their responses.

IT IS SO ORDERED.

　　Dated:　　**January 18, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Proposed Order

1