IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORY HUNZIKER,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. ADAMS, et al.,**<br><br>　　　　　　　　　　　　Defendants. | NO. 1:03-cv-6069 OWW DLB P<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

The Court has considered defendants' motion to modify the discovery and scheduling order in this matter, and good cause appearing,

IT IS ORDERED that the current discovery and scheduling order shall be, and hereby is, vacated pending a decision on the motion by defendants Adams, Cuevas, Espinosa and Yates to dismiss the complaint. The Court shall issue a modified scheduling order, after a decision is made on the motion.

IT IS SO ORDERED.

　Dated:　　February 17, 2006　　　　　　　　　　/s/ Dennis L. Beck
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE