UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER, | 1:03-cv-06069-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 66) |
| vs. | |
| D. ADAMS, et al., | **ORDER DENYING MOTION TO DISMISS** (Doc. 46) |
| Defendants. / | |

Plaintiff, Kory Hunziker ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 30, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6 Accordingly, IT IS HEREBY ORDERED that:
7   1. The Findings and Recommendations, filed November 30,
8 2005, are ADOPTED IN FULL; and,
9   2. Defendants' motion to dismiss, filed July 11, 2005, is
10 DENIED.
11 IT IS SO ORDERED.
12 **Dated:   February 16, 2006**            **/s/ Oliver W. Wanger**
   emm0d6                                    UNITED STATES DISTRICT JUDGE