1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    KORY HUNZIKER,                          )          1:03-CV-6069 OWW DLB P
                                              )
12         Plaintiff,                         )          ORDER GRANTING EXTENSION OF
                                              )          TIME
13         v.                                 )          (DOCUMENT #107)
                                              )
14    D. ADAMS, et al.,                       )
                                              )
15                                            )
           Defendants.                        )
16    _____)

17         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18    October 10, 2006, plaintiff filed a motion to extend time to file a reply to defendants' opposition to

19    motion to compel production of documents.  Good cause having been presented to the court and GOOD

20    CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21         Plaintiff is granted thirty days from the date of service of this order in which to file his reply to

22    defendants' opposition..

23         IT IS SO ORDERED.

24    **Dated:    October 26, 2006**              _/s/_ **Dennis L. Beck**
      3c0hj8                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28