IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER,<br><br>                              Plaintiff,<br><br>       v.<br><br>D. ADAMS, et al.,<br><br>                              Defendants. | 1:03-CV-6069 OWW DLB P<br><br>**ORDER** |

Defendants' First Request for an Extension of Time to file and serve their motion for summary judgment was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have until February 8, 2007, to file and serve their motion for summary judgment.

IT IS SO ORDERED.

    **Dated:**    **January 8, 2007**             /s/ **Dennis L. Beck**
3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE

[Proposed Order] re Defendant's First Request for Extension of Time to File and Serve Motion for Summary Judgment

1