IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**D. ADAMS, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:03-CV-6069 OWW DLB P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants' First Request for an Extension of Time to file and serve their motion for summary judgment was considered by this Court, and good cause appearing:

　　　IT IS HEREBY ORDERED that defendants have until March 10, 2007, to file and serve their motion for summary judgment.

　　　IT IS SO ORDERED.

　　Dated:　　February 28, 2007　　　　　　　　/s/ Dennis L. Beck
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting  Defendants' Second Request*
*for Extension of Time to File and Serve Motion for Summary Judgment*

1