UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants. | CV F- 03-6069 OWW DLB P<br><br>ORDER RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>ORDER EXTENDING DEADLINES [DOC #99]<br><br>Discovery Cut-off Date: May 10, 2007<br>Dispositive Motion Deadline: July 10, 2007 |

**I.      Background**

　　　Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  This action is proceeding on plaintiff's amended complaint, filed November 2, 2004, against defendants Adams, Yates, Espinosa and Cuevas for supervisory liability and against Jennings, Cunningham and Burnias for failing to protect plaintiff from serious harm, in violation of the Eighth Amendment.  Pending before the court is plaintiff's motion to compel production of documents by defendants Burnias, Cunningham and Jennings.

　　　In the complaint, plaintiff alleges that Jennings, Cunningham and Burnias failed to protect him from physical abuse in violation of the Eighth Amendment on November 29, 2002 when they intentionally and deliberately released two known gang affiliates of the Fresno Bulldogs into the day room who were armed with home made weapons.  Plaintiff contends that he

1  and another white inmate were attacked, violently assaulted and stabbed repeatedly.

2        On July 25, 2005, plaintiff served his first request for production of documents on
3  defendants. On October 11, 2005, defendants responded by interposing objections and producing
4  some documents. On November 10, 2005, plaintiff filed a motion to compel further responses. On
5  May 30, 2006, the Court issued a ruling granting the motion in part and requiring defendants to
6  produce some of the requested documents.

7        On July 11, 2006, plaintiff filed the present motion to compel seeking documents identified
8  in an Exhibit to his motion. Defendants filed an opposition to the motion on August 3, 2006 and
9  plaintiff filed a reply on September 6, 2006 as well as an amended motion to compel. Defendants
10 submitted an opposition to the amended motion on September 15, 2006 and plaintiff submitted a
11 reply on October 10, 2006.

12       It is not clear to the Court from plaintiffs submissions, which discovery requests he seeks to
13 compel. Attached to plaintiff's motions are Exhibits listing documents which appear to be similar to
14 the requests previously ruled on by this court. However, there is no reference to previous discovery
15 requests. It is also unclear whether plaintiff contends that defendants failed to comply with the
16 Court's May 30, 2006 Order, whether he seeks reconsideration of that Order or whether he is moving
17 to compel documents not discussed in the May 30, 2006 Order. Unclear as well is whether plaintiff
18 seeks documents that are not part of a previous discovery request.

19       For these reasons, the Court HEREBY DENIES plaintiff's motion to compel, without
20 prejudice. Within 30 days of this Order, plaintiff shall file a second amended motion to compel.
21 Plaintiff must clearly state the documents which are at issue with specific reference to the discovery
22 request which originally sought the document. It is important that plaintiff describe the documents
23 in the same way they are described in the discovery request and reference the request number. To
24 the extent plaintiff is seeking reconsideration of the Court's ruling on particular documents, he must
25 so specify. To the extent any of the requested documents have not been the subject of a previous
26 discovery request, plaintiff should serve a specific discovery request on defendants. The Court will
27 extend the deadlines in this case to accommodate the parties' apparent difficulty in resolving this
28

1 discovery matter.

2      Based on the foregoing, plaintiff's motion to compel production of documents, filed July 11, 2006 and amended September 6, 2006 is HEREBY DENIED without prejudice.  Plaintiff may file an amended motion in conformance with this Order within 30 days.  Defendants should file any opposition to the motion within 10 days.  The deadline for completion of all discovery is hereby extended to May 10, 2007 and the deadline for filing pretrial dispositive motions is extended to July 10, 2007.

8      IT IS SO ORDERED.

9      Dated:   **March 7, 2007**                /s/ **Dennis L. Beck**
  3c0hj8                                               UNITED STATES MAGISTRATE JUDGE