IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,** | 1:03-CV-6069 OWW DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **D. ADAMS, et al.,** | |
| Defendants. | |

Defendants' Request for an Extension of Time to file and serve their motion for summary judgment was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have until August 9, 2007, to file and serve their motion for summary judgment.

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Hunziker v. Adams, et al.*
**Case No.:** **1:03-CV-6069 LJO DLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **July 10, 2007**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Kory Hunziker
E-21508
California Men's Colony
Post Office Box 8101
San Luis Obispo, CA 93409-8101

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 10, 2007**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |

IT IS SO ORDERED.

Dated: **July 19, 2007**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE