IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**D. ADAMS, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 1:03-CV-6069 OWW DLB P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |

Defendants' second request for an extension of time to file and serve their motion for summary judgment was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have until September 10, 2007, to file and serve their motion for summary judgment. Numerous extensions have been granted. Absent unusual circumstances, further extensions will not be granted.

IT IS SO ORDERED.

Dated:   **August 9, 2007**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting  Defendants' Second Request for Extension of Time to File and Serve Motion for Summary Judgment

1