UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER, ) <br> ) <br>       Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> D. ADAMS, et al., ) <br> ) <br>       Defendants. ) <br> _____ ) | CV F- 03-6069 LJO DLB P <br><br> ORDER RE PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL STATEMENT AND REQUEST FOR ARBITRATOR AND COURT ASSISTANCE <br><br> [DOC #129] <br><br> <u>Telephonic Trial Confirmation</u> <br> <u>Hearing</u>: April 11, 2008, at 11:00 a.m. in Courtroom 9 (DLB) |

**I.      Background**

Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's amended complaint, filed November 2, 2004, against defendants Adams, Yates, Espinosa and Cuevas for supervisory liability and against Jennings, Cunningham and Burnias for failing to protect plaintiff from serious harm, in violation of the Eighth Amendment. A pre-trial conference is currently scheduled for March 7, 2008.

Pending before the court is plaintiff's motion for an extension of time to file his pre-trial statement and statement regarding the attendance of witnesses at trial. Plaintiff further moves for an arbitrator to assist in settlement negotiations, and for medical consultations to assist plaintiff in assessing his damages. Specifically, plaintiff seeks medical consultations with an eye surgeon, a

1  plastic surgeon, and a psychiatrist.

2  **II.     Request for Extension of Time**

3  Plaintiff's request for an extension of time to file and serve his pre–trial statement and
4  statement regarding the attendance of unincarcerated witnesses, was considered by this Court, and
5  good cause appears.  Plaintiff's request is hereby granted.

6  **III.    Request for Appointment of an Arbitrator and for Medical Consultations**

7  The expenditure of public funds on behalf of an indigent litigant is proper only when
8  authorized by Congress.  <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989) (citations omitted).  The in
9  forma pauperis statute does not authorize the expenditure of public funds for the appointment of an
10 arbitrator, or for medical consultations in furtherance of settlement negotiations.  28 U.S.C. § 1915.
11 Therefore, plaintiff's request for the appointment of an arbitrator, and request for medical
12 consultations must be denied.

13 Accordingly, it is HEREBY ORDERED that:

14      1.   Plaintiff's motion for the appointment of an arbitrator is HEREBY DENIED;

15      2.   Plaintiff's motion for medical consultations is HEREBY DENIED;

16      2.   The telephonic trial confirmation hearing set for March 7, 2008 is HEREBY
17           VACATED;

18      2.   This matter is set for a telephonic trial confirmation hearing before the Honorable
19           Dennis L. Beck on **April 11, 2008, at 11:00 a.m.** in Courtroom 9;

20      3.   Counsel for defendants is required to arrange for the participation of plaintiff in the
21           telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559)**
22           **499-5670**;

23      4.   Plaintiff shall serve and file a pretrial statement as described in this order on or before
24           **March 21, 2008**;

25      5.   Defendants shall serve and file a pretrial statement as described in this order on or
26           before March 28, 2008;

27      6.   In addition to electronically filing their pretrial statement, defendants shall e-mail the

28

    pretrial statement to: dlborders@caed.uscourts.gov;

7.  If plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in this order on or before **March 21, 2008**;

8.  The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **March 28, 2008**;

9.  If plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders, as described in subsection 4 of this order, to the court on or before **March 21, 2008**;

10.  The parties shall notify the court if they desire assistance in the settlement negotiation process.

 IT IS SO ORDERED.

**Dated:**  **February 21, 2008**      **/s/ Dennis L. Beck**
                     UNITED STATES MAGISTRATE JUDGE