IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KORY HUNZIKER,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**D. ADAMS, et al.,**<br><br>                    Defendants. | CASE NO.: 1:03-cv-6069 LJO DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE PRETRIAL STATEMENT** |

Defendants' request for an extension of time to file and serve their pretrial statement was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have until June 11, 2008, to file and serve their pretrial statement.

IT IS SO ORDERED.

Dated:   **June 10, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1