# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY HUNZIKER,<br><br>          Plaintiff,<br><br>    v.<br><br>D. ADAMS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:03-cv-6069-LJO DLB- PC<br><br>**ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING**<br><br>**ORDER VACATING TRIAL DATE**<br><br>Telephonic Settlement Conference:<br>    August 12, 2008 at 10:30 a.m. in Courtroom 10, before Magistrate Judge Gary S. Austin.<br><br>Further Telephonic Trial Confirmation Hearing:<br>    September 12, 2008 at 10:00 a.m. in Courtroom 9, before Magistrate Judge Dennis L. Beck |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint filed November 2, 2004 against defendants Adams, Yates, Espinosa and Cuevas for supervisory liability and against Jennings, Cunningham and Burnias for failing to protect plaintiff from serious harm, in violation of the Eighth Amendment.

      A telephonic trial confirmation hearing was held in this matter on June 20, 2008. During the telephonic conference, defendants consented to Magistrate Judge jurisdiction. Both parties also indicated that a settlement conference may be helpful in resolving this case.

///

///

Accordingly, the Court HEREBY ORDERS as follows:

1. Within five (5) days of service of this order, defendants shall file their consent to Magistrate Judge jurisdiction;

2. The jury trial set for July 21, 2008 before the Honorable Lawrence J. O'Neill is hereby VACATED;

3. This matter is set for telephonic settlement conference before the Honorable Gary S. Austin on **August 12, 2008 at 10:30 a.m**;

4. Unless otherwise permitted in advance by the court, <u>counsel for the defendants who will try the case</u> shall attend on the telephonic settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference;

5. Counsel for defendants is required to arrange for the participation of plaintiff in the settlement conference and to initiate the telephonic settlement conference at **(559) 499-5960**.

6. At least five court days prior to the settlement conference, the parties shall submit <u>directly to Judge Austin's chambers</u> a confidential settlement conference statement.[1] This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement;

7. The Confidential Settlement Conference Statement shall include the following:
   A. A brief statement of the facts of the case;
   B. The relief sought; and
   C. The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past

---

[1] United States Magistrate Judge Gary S. Austin, 2500 Tulare Street, Room 6501, Fresno, California, 93721.

2

                settlement discussions, offers, and demands;

8. Counsel for the defendants shall include an estimate of the cost and time to be expended for further pretrial and trial matters;

9. This matter is set for a further telephonic trial confirmation hearing on **September 12, 2008** at **10:00AM**, before the Honorable Dennis L. Beck in Courtroom 9;

10. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**;

11. Plaintiff has already filed a pre-trial statement. If plaintiff wishes to amend his statement, plaintiff shall serve and file an amended pretrial statement on or before **August 26, 2008**; and

12. Defendants have already filed a pre-trial statement. If defendants wish to amend their statement, defendants shall serve and file an amended pre-trial statement on or before **September 2, 2008**. In addition to electronically filing their pre-trial statement, defendants shall e-mail the pretrial statement to: dlborders@caed.uscourts.gov.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated: **June 25, 2008**         /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE