1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  JEFFREY STEELE, State Bar No. 124688
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1937
8   Fax: (916) 324-5205
    Email: Jeff.Steele@doj.ca.gov

10 Attorneys for Defendants Adams, Burnias, Cuevas,
   Cunningham, Espinosa, Jennings and Yates

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORY HUNZIKER,** | CASE NO.: 1:03-CV-6069 LJO DLB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **D. ADAMS, et al.,** | |
| Defendants. | |

It is stipulated that, under Federal Rule of Civil Procedure 41(a)(1)(ii), the above entitled-action shall be dismissed with prejudice. Each party shall bear his own attorneys' fees and costs.

Dated:   November 21, 2008           By: */s/ Kory Hunziker*
                                          Kory Hunziker, Plaintiff

Dated:   November 21, 2008           By: */s/ Jeffrey Steele*
                                          Jeffrey Steele
                                          Deputy Attorney General
                                          Attorneys for Defendants

IT IS SO ORDERED.

**Dated:   November 24, 2008**              /s/ Lawrence J. O'Neill

Stipulation for Voluntary Dismissal with Prejudice
1

1                                   UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28